# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES for the use and benefit of JONES & WERT CONSTRUCTION SPECIALTIES, INC., | Case No. 09cv2231 BTM(RBB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | |
| STRAUB CONSTRUCTION, INC. and CONTINENTAL CASUALTY COMPANY, | |
| Defendants. | |

The parties have filed a joint motion to dismiss this action with prejudice pursuant to a Settlement Agreement.  The Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice.

**IT IS SO ORDERED.**

DATED:  June 15, 2011

_Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge

1